# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0040. LAURIE A. LIDIE et al. v. ARTHUR S. HICKS V, et al.

This Court has granted multiple motions for an extension of time for Appellants to file their initial brief with this Court. The final deadline to file a brief was set for October 6, 2025. Because Appellants failed to file a brief by that deadline, their appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/08/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*